LAWRENCE G. BROWN
Acting United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2738

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:07-CR-573 LKK |
| Plaintiff, | ) |
| v. | ) UNITED STATES' MOTION |
| | ) TO DISMISS UNKNOWN DEFENDANT; |
| GARRETT SMITH, and | ) ORDER |
| UNKNOWN CONSPIRATOR, | ) |
| a/k/a Turtle Man, | ) |
| Defendants. | ) |

Plaintiff, the United States of America, by and through its counsel, hereby moves to dismiss defendant UNKNOWN CONSPIRATOR, aka Turtle Man, without prejudice, in the above-captioned matter in the interests of justice.

Dated: July 9, 2009

                                    LAWRENCE G. BROWN
                                    Acting United States Attorney

                              By:   /s/ S. Robert Tice-Raskin
                                    S. ROBERT TICE-RASKIN
                                    Assistant U.S. Attorney

Motion to Dismiss
Unknown Defendant

**ORDER**

For good cause shown, the defendant, UNKNOWN CONSPIRATOR, aka Turtle Man, in case number 2:07-cr-573 LKK, is hereby ordered DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: July 29, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Motion to Dismiss
Unknown Defendant